Daniel L. McCrary, Esq. (SBN 227369)
**McCRARY LAW FIRM, PC**
5701 Lonetree Blvd., Ste. 115
Rocklin, CA 95765
Tel: (916) 778-7030
Fax: (847) 503-9099
dan@norcalattorney.com
jeff@norcalattorney.com

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT LaBAR, individually and as the Successor in Interest of the Estate of PHILLIP LaBAR, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF PLACER; SHERIFF DEVON BELL; SOUTH PLACER COUNTY JAIL; WELLPATH MANAGEMENT, INC., a foreign corporation, ROSIE STRIKA, LVN; and HOLLY CAMBRA, RN; and DOES 1 TO 100, inclusive,<br><br>Defendants. | Case No. 2:20-CV-00902-MCE-CKD<br><br>**STIPULATION OF DISMISSAL [FRCP 41 (A)] AND ORDER OF DISMISSAL**<br><br>Judge: Hon. Morrison C. England |

Plaintiff Scott LaBar, individually and as the Successor in Interest of the Estate of Phillip LaBar, deceased and Defendants, Wellpath Management, Inc., Rosie Strika, LVM, Holly Cambra, RN hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed without prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

///

///

1    DATED:  January 6, 2023      **McCRARY LAW FIRM, PC**

By:    /s/Daniel L. McCrary
       Daniel L. McCrary, Esq.
       Attorney for Plaintiff

DATED: January 6, 2023      **THE LAW OFFICES OF JEROME M. VARANINI**

By:    /s/Jerome M. Varanini
       Jerome M. Varanini, Esq.
       Attorney for Defendants, Wellpath Management
       Inc., Rosie Strika, and Holly Cambra, R.N.

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITHOUT PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.[1] The Clerk is directed to close the file.

IT IS SO ORDERED.

Dated:  January 11, 2023

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] The claims against the County were deemed DISMISSED with prejudice because Plaintiff did not file amended claims against it. See ECF No. 14.  Plaintiff dropped Defendant Devon Bell when he field the First Amended Complaint, and he is hereby DISMISSED as well.